# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144355 & (63)

DEON GENTRY,
      Plaintiff-Appellant,

v

WAYNE COUNTY DEPUTY SHERIFF
DANIEL CARMONA,
      Defendant-Appellee.

SC: 144355
COA: 296580
Wayne CC: 08-115139-NO

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2012

Clerk

d0530